UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Julio Renta

Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant ___Julio Renta___ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

✓   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ Julio Renta
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Susan C. Wolfe_
Defendant's Counsel's Signature

Julio Renta
Print Defendant's Name

Susan C. Wolfe
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/14/2020
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge