UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA             :
                                     :
   v.                                :          **ORDER**
                                     :
JULIO RENTA,                         :          15 CR 468-09 (VB)
                    Defendant.       :
------------------------------------------------------------x

    **A status conference in this violation of supervised release matter is scheduled for May 29, 2020, at 11:00 a.m.**  Because of the current public health emergency, the Court will conduct the proceeding by telephone conference call, provided defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

    Accordingly, it is hereby ORDERED:

    1.  By May 22, 2020, defense counsel shall advise the Court in writing as to whether defendant waives his right to be physically present and consents to appear by telephone at the proceeding on May 29.

    2.  At the time of the scheduled proceeding, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

        **Dial-In Number**:    **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**
        **Access Code:**      **1703567**

Dated: May 15, 2020
      White Plains, NY          SO ORDERED:

                           _____
                           Vincent L. Briccetti
                           United States District Judge