UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                               :
v.                                : **ORDER**
                               :
                               : 15 CR 468-9 (VB)
JULIO RENTA,                      :
       Defendant.    :
--------------------------------------------------------------x

      The upcoming status conference in this case is rescheduled for **July 15, 2020, at 3:00 p.m. (which needed to be changed from 2:30 p.m. due to new scheduling protocols at the Westchester County Jail).** Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

      Accordingly, it is hereby ORDERED:

      1. By July 8, 2020, defense counsel shall advise the Court in writing as to whether her client waives his right to be physically present and consents to appear by telephone.

      2. At the time of the scheduled conference, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number:**    (888) 363-4749 (toll free) **or** (215) 446-3662
      **Access Code:**      1703567

Dated: June 4, 2020
       White Plains, NY                    SO ORDERED:

                                                           Vincent L. Briccetti
                                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2020