# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:    (917) 209-044
Email:  scwolfe@scwo

Hon. Judge Vince
United States Dis
United State Dist
300 Quarropas St
White Plains, NY
Via Email: Donna_Hilbert@nysd.uscourts.gov

> APPLICATION GRANTED:
> The conference scheduled for 7/15/2020 is adjourned to 8/28/2020 at 9:00 a.m.  The Court intends to conduct the conference in person, unless defense counsel advises the Court in writing that her client wishes to proceed by telephone conference.  The Court notes that Westchester County Jail permits in-person attorney-client meetings.
>
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J.      7/8/2020

Re:  *United States v. Julio Renta*, 15-cr-468-VB

Dear Judge Briccetti:

  I was assigned to represent Mr. Renta upon his arrest for allegedly violating his supervised release.  The Probation Department is recommending an additional two years of incarceration.

  I recently received 200 pages of medical records from Westchester County Jail and Catskills Medical Center that may require further investigation.

  With the government's consent I am requesting an adjournment of approximately six weeks.  I have advised Mr. Renta that I do not believe that it is in his bests interests to go forward either to a hearing or sentencing in his case without my ever having met him and without the opportunity to sit down and openly discuss the things that we need to discuss. He understood and does not wish to proceed to a hearing or sentencing by video under the current circumstances.  We will revisit this conversation regularly.

  Thank you for your consideration.

            Very truly yours,

                S/
            SUSAN C. WOLFE