DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/20

**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe

Tel: (917) 209-0441
Email: scwolfe@scwolfelaw.c[om]

Hon. Judge Vincent L. B[riccetti]
United States District J[udge]
United State District Co[urt]
300 Quarropas Street
White Plains, NY 10601
Via Email: Donna_Hilbe[rt]

> APPLICATION GRANTED:
> The in-person conference scheduled for 10/5/2020 is adjourned on consent to 10/30/2020 at 10:30 a.m. The docket reflects that defendant has not admitted any of the Specifications of the amended violation of supervised release report and thus a sentencing has not yet been scheduled in this matter. However, if defense counsel anticipates that defendant will admit some or all of the Specifications at the next conference and will proceed immediately to sentencing, counsel is welcome to submit a sentencing memorandum by 10/16/2020. Any response from the government is due 10/23/2020.
> SO ORDERED:
> _____
> Vincent L. Briccetti, U.S.D.J.

Re: *United States v. Julio Renta*, 15-cr-468-VB

Dear Judge Briccetti:

Julio Renta was arrested on a violation of supervised release on May 14, 2020 and I was assigned to represent him. The case was adjourned three times during the height of the pandemic, while I obtained and reviewed medical records and conferred with my client by phone and video. The case is currently scheduled for plea and sentencing on October 5, 2020, with defendant's sentencing memorandum due two weeks before, on September 21, 2020. I am writing to request an adjournment, upon consent of the government, until October 29, 2020, or thereafter, at the Court's convenience.

The Court granted my request for an evaluation and report by a social worker/mitigation specialist, Kathleen O'Boyle, who has met with Mr. Renta at the Westchester County Jail, has been in contact with his family, and has been reviewing the important records and documents. She is also researching resources that could be made available to Mr. Renta upon his release.

The calendars of both myself and Ms. Boyle have exploded coming into September. Ms. O'Boyle has advised me that she will not be able to complete an adequate report by September 21st. In addition, because of my schedule of sentencings and appeals from mid- September through mid-October, I am requesting the Court's indulgence so that I may file Mr. Renta's sentencing memorandum by October 15th, two weeks before a proposed sentencing date of October 29, 2020, or shortly thereafter.

Hon Vincent Briccetti
September 13, 2020
Page 2

    I thank the Court for its consideration and I am mindful that, under the circumstances, as onerous as my schedule may be, the Court's is undoubtedly more so.

                                Very truly yours,

                                      S/
                              SUSAN C. WOLFE