UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

JULIO RENTA,
                Defendant.
--------------------------------------------------------------x

**ORDER**

15 CR 468-9 (VB)

      **The conference in this violation of supervised release matter currently scheduled for October 5, 2020, at 9:00 a.m., has been re-scheduled for October 30, 2020, at 10:30 a.m.**

The Court expects to conduct this conference in person in the Courthouse.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at: https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: September 14, 2020
       White Plains, NY

SO ORDERED:

*Vincent Briccetti*

Vincent L. Briccetti
United States District Judge