UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  : **Order to Release Medical**
     v.                           : **Records**
                                  :
JULIO RENTA,                      : 15 Cr. 468(VB)
                                  :
     Defendant.                   :
                                  :
- - - - - - - - - - - - - - - - - - x

      For the reasons stated on the record at the October 30, 2020, violation of supervised release proceeding, the Westchester County Jail and the Orange County Jail are hereby ORDERED to release to the United States Probation Office for the Southern District of New York any and all medical records for Julio Renta, to include his medications, psych-social report, health history records, immunizations report, psychiatric reports and evaluations, and any other materials related to his physical and mental health treatment from the date he entered the custody of the Westchester County Jail and/or the Orange County Jail to the present.

Dated: White Plains, NY
November 2, 2020

_____
THE HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK