UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JULIO RENTA,
        Defendant.
------------------------------------------------------x

**ORDER**

15 CR 468-9 (VB)

    A conference in this violation of supervised release matter is scheduled for <u>May 26, 2021, at 11:00 a.m.</u> The Court will conduct this proceeding in person at the Courthouse, in Courtroom 420.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at:

https://www.nysd.uscourts.gov/sites/default/files/2020-09/SDNY%20COVID%20ENTRY%20QUESTIONNAIRE%20GUIDE%209-2-2020.pdf.

Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: May 17, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge