UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

JULIO RENTA            ,
                    Defendant(s).
-------------------------------------------------------------X

USDC
DOCUMENT
ELECTRONICALLY FILED
March 31, 2020
FILED: 7/12/21

CONSENT TO PROCEED BY
VIDEOCONFERENCE

15 -CR- 468 (V)(B)

Defendant  JULIO RENTA  hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing:~~ teleconference :

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

X   Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence


_Julio Renta_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
**JULIO RENTA**
Print Defendant's Name

_Susan Wolfe_
Defense Counsel's Signature

**Susan C. Wolfe**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

7/12/2021
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~