UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/21

-------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

JULIO RENTA,
                Defendant.

-------------------------------------------------------x

**ORDER**

15 CR 468-9 (VB)

        A status conference in this violation of supervised release matter is scheduled for

August 18, 2021, at 9:00 a.m.  Because of the current public health emergency, the Court will

conduct the conference by telephone conference call, provided that defendant waives his right to

be physically present and consents to appear by telephone after consultation with counsel.

        Accordingly, it is hereby ORDERED:

        1.      By August 11, 2021, defense counsel shall advise the Court in writing as to

whether her client waives his right to be physically present and consents to appear by telephone.

        2.      At the time of the scheduled hearing, all counsel and defendant shall attend by

calling the following number and entering the access code when requested:

        **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**

        **Access Code: 1703567**

Dated: July 12, 2021
      White Plains, NY

                          SO ORDERED:

                          _____
                          Vincent L. Briccetti
                          United States District Judge