UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

             -against-

JULIO RENTA

                         Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

15 -CR- 468    (VB )

After video consultation with counsel, Defendant __JULIO RENTA__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X__ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_X__  Conference Before a Judicial Officer on August 18, 2021

_Julio Renta (by VB)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

JULIO RENTA

Print Defendant's Name

s/ _Susan Wolfe (by VB)_
Defendant's Counsel's Signature

SUSAN C. WOLFE

Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/18/2021

Date

U.S. District Judge/~~U.S. Magistrate Judge~~