

**SUSAN C. WOLFE, ESQ.**
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:   (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
Of counsel

September 27, 2021

Hon. Judge Vincent L. Briccetti
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601
Via Email: Donna_Hilbert@nysd.uscourts.gov

Re: *United States v. Julio Renta*, 15-cr-468-VB

Dear Judge Briccetti:

I am writing to request an adjournment of the upcoming conference from this Wednesday to the week of either October 4 or October 11, 2021. The government has no objection to the adjournment, which will give us time to resolve both the VOSR and Mr. Renta's pending, related state case simultaneously, which looks promising.

In addition, I believe Mr. Renta would consent to a remote sentencing if that is how the Court would prefer to proceed.

Thank you for your consideration.

Very truly yours,

S/
SUSAN C. WOLFE

---

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 9/27/21
White Plains, NY

VOSR conference adjourned from 9/29/21 to: 10·13·21 at 9AM Will be conducted by telephone Conference.